UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR NO.08-216-DOC |
| Plaintiff, | |
| vs. | ORDER TERMINATING PROBATION |
| WILFREDO TIONGCO NGO, and MARIA TERESA LAMAYO NGO, | |
| Defendants | |

Upon consideration of Defendants Wilfredo Tiongco Ngo and Maria Teresa Lamayo Ngo's Unopposed Motion For Termination of Probation and Incorporated Memorandum of Supporting Points and Authorities Thereof, it is this ___7th___ day of ~~October~~ November 2011, hereby,

ORDERED that the Motion is granted.

_[signature]_
Honorable David O. Carter
U.S. District Judge
United States District Court

Copies To:

Mieke Biesheuvel
Assistant U.S. Attorney
Ronald Regan Federal Bldg.
411 W. 4th Street, Suite 8000
Santa Ana, CA 92701

Terry Ginsburg
U.S. Probation Officer
411 W 4th Street, 4-170
Santa Ana, CA 92701

CC: USPO